### 12595. WALLER *v.* THE STATE.

LUKE, J. The court did not err in overruling the motion in arrest of judgment, for the reason stated in *Colwell* v. *State,* 17 *Ga. App.* 750 (88 S. E. 410), which case is on all-fours with the instant case, and therefore controlling.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 16, 1921.

Indictment for making liquor; from Campbell superior court — Judge Hutcheson. June 11, 1921.

*J. W. Culpepper,* for plaintiff in error.

*A. M. Brand, solicitor-general,* contra.

---

### 12597. CITY OF ALBANY *v.* TIFT.

BROYLES, C. J. The verdict was authorized by the evidence and approved by the trial judge, and the special grounds of the motion for a new trial are without substantial merit.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1921.

Action for damages; from city court of Albany — Judge Clayton Jones. May 28, 1921.

Application for certiorari was denied by the Supreme Court.

*James Tift Mann,* for plaintiff in error.

*Cruger Westbrook,* contra.